IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FIROOZ DELJAVAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01258-P-BP |
| | § | |
| **GOODWILL INDUSTRIES OF FORT WORTH,** *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Defendant Goodwill Industries of Fort Worth's Motion for More Definite Statement and Brief in Support, filed on December 28, 2020. ECF No. 14. The Defendant's Motion requests that the Court compel the Plaintiff to amend his Complaint and provide a more definite statement of his claims against the Defendant. *Id.* at 1. For good cause shown, and noting that the Motion is unopposed, the Court **GRANTS** the Motion.

Upon initial review, the Complaint does not meet the basic pleading requirements of Federal Rule of Civil Procedure 8(a).

A pleading that states a claim for relief must contain:

> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

FED. R. CIV. P. 8(a).

Accordingly, the Plaintiff **SHALL** file an amended complaint that sets forth a short and plain statement consisting of plausible, non-conclusory factual allegations supporting each of his causes of action pursuant to Rules 8(a) and 15(a) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 **within fourteen days** of this order. Fed. R. Civ. P. 8(a), 15(a); L.R. 7.1. Plaintiff shall number each paragraph in his complaint with each paragraph limited as far as practicable to a single set of circumstances as required by Federal Rule of Civil Procedure 10(b). The Court cautions the Plaintiff that his failure to fully comply with this Order may result in the Plaintiff's pleadings being stricken pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

Any amended complaint will supersede (take the place of) Plaintiff's previous filing. Consequently, Plaintiff must state all claims and list all defendants in any amended complaint filed. Plaintiff may also review the Local Civil Rules of the Court at http://www.uscourts.gov/civil-rules.

It is so **ORDERED** on December 29, 2020.

*/s/ Hal R. Ray, Jr.*
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE